IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WERNER ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3080 |
| | ) | |
| v. | ) | |
| | ) | |
| NAVAJO SHIPPERS, INC., and | ) | ORDER |
| NAVAJO EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to file amended complaint, filing 10, is granted and the amended complaint shall be filed forthwith.

DATED this 14th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge