# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WERNER ENTERPRISES, INC. | ) | CASE NO. 4:07-CV-03080 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| NAVAJO SHIPPERS, INC., and | ) | |
| NAVAJO EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before this Court on the Plaintiff's Motion to Withdraw Appearance of Marnie A Jensen, filing 21. This Court being fully advised on the premises, finds that this Motion be granted.

IT IS HEREBY ORDERED that the appearance of Marnie A. Jensen is withdrawn as counsel for the Plaintiff as of August 9, 2007.

Dated this 29th day of August, 2007.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge