IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WERNER ENTERPRISES, INC. | ) | CASE NO. 4:07-CV-03080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | MOTION FOR |
| | ) | EXTENSION OF TIME |
| NAVAJO SHIPPERS, INC., and | ) | IN WHICH TO FILE |
| NAVAJO EXPRESS, INC., | ) | JOINT STIPULATION |
| | ) | FOR DISMISSAL |
| Defendant. | ) | |
| | ) | |

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion For Extension of Time in Which to File Joint Stipulation for Dismissal, and being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is **GRANTED.** The deadlines for the parties to file their Joint Stipulation for Dismissal shall be extended until Wednesday, October 24, 2007.

October 2, 2007                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   U.S. District Judge