IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WERNER ENTERPRISES, INC., | ) | 4:07cv3080 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| NAVAJO SHIPPERS, INC., and | ) | |
| NAVAJO EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's (third) unopposed motion for enlargement of time (filing 31) is granted, and, accordingly, that the deadline for the parties to file their Joint Stipulation for Dismissal shall be extended to November 23, 2007.

November 5, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge