IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WERNER ENTERPRISES, INC., | ) | 4:07cv3080 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| NAVAJO SHIPPERS, INC., and | ) | |
| NAVAJO EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's (fourth) unopposed motion for enlargement of time (filing 33) is granted, and, accordingly, that the deadline for the parties to file their Joint Stipulation for Dismissal shall be extended to December 26, 2007.

December 3, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge