IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WERNER ENTERPRISES, INC., | ) | 4:07CV3080 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| NAVAJO SHIPPERS, INC., and | ) | |
| NAVAJO EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On August 3, 2007, after being advised that the parties had settled their claims,[1] the court entered a settlement order removing the case from the trial docket and giving the parties 30 days to file a joint stipulation for dismissal. The order advised the parties that the case (including all counterclaims and the like) would be subject to dismissal without further notice if they failed to file such a stipulation. (Filing 19.) The parties thereafter requested, and were granted, four separate extensions of time to finalize their settlement agreement and file the joint stipulation for dismissal. (Filings 23, 24, 26, 27, 31, 32, 33, 34.) The final order established a filing deadline of December 26, 2007. Because a joint stipulation for dismissal was not filed by that date, the case will be dismissed without prejudice. Accordingly,

IT IS ORDERED that:

1.      This action, including all claims, counterclaims, and cross-claims, is dismissed without prejudice for noncompliance with the court's orders (filings 19, 34).

---

[1] A mediation closure notice was subsequently filed on August 6, 2007, confirming that agreement had been reached on all issues. (Filing 20.)

2.      Judgment shall be entered by separate document.

January 10, 2008.                              BY THE COURT:

                                               s/ *Richard G.  Kopf*
                                               United States District Judge