IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WERNER ENTERPRISES, INC., | ) | 4:07cv3080 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| NAVAJO SHIPPERS, INC., and | ) | |
| NAVAJO EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint motion to vacate dismissal (filing 37) is denied.

January 28, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge